ACCEPTED
15-25-00001-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
10/2/2025 11:39 AM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
10/2/2025 11:39:20 AM
CHRISTOPHER A. PRINE
Clerk

**Jackson Walker** LLP

Joseph Fischer
(713) 752-4530 (Direct Dial)
(713) 752-4221 (Direct Fax)
tfischer@jw.com

October 2, 2025

**_Via E-File_**

The Honorable Christopher A. Prine
Clerk, Fifteenth Court of Appeals
P.O. Box 12852
Austin, Texas 78711

> Re: *CreateAI Holdings, Inc. F/K/A TuSimple Holdings, Inc. v. Bot Auto TX Inc.*, in the Fifteenth Court of Appeals Cause No. 15-25-00001-CV

Dear Mr. Prine:

Looking toward the upcoming oral argument in this appeal, which is scheduled four weeks from today, Appellee Bot Auto TX Inc. ("Bot Auto") respectfully writes concerning two matters.

***First***, in response to the Court's September 10, 2025 letter, Bot Auto notifies the Court that Allison Allman will present oral argument on its behalf on October 30, 2025.

***Second***, this is an interlocutory appeal. Accordingly, Bot Auto respectfully requests the Court take notice of the ongoing proceedings below and the pleadings and other matters filed of record in the docket,[1] which include:

- Bot Auto's Motion for Summary Judgment on Trade Secret Misappropriation (April 1, 2025) (seeking summary judgment on Appellant CreateAI Holdings, Inc. ("CreateAI")'s misappropriation claims concerning the three alleged "trade secrets" alleged in CreateAI's Original Petition and made the subject of its Application for Temporary Injunction and this

---

[1] *See* Tex. R. Evid. 201 (Judicial Notice of Adjudicative Facts).

appeal, namely: (1) the "TuSimple Sensor Suite Technology"; (2) the "TuSimple Autonomous Decision-Making Technology"; and (3) the "TuSimple Automatic Safety Technology");

- CreateAI's Amended Petition and Application for Temporary Injunction (May 14, 2025)[2] (replacing the three alleged "trade secrets" alleged in CreateAI's Original Petition and Application for Temporary Injunction with twelve new alleged "trade secrets" with different definitions and formulations); and

- CreateAI's Response to Defendant Bot Auto TX Inc.'s Motion for Summary Judgment on Trade Secret Misappropriation (May 15, 2025) (expressing that CreateAI's misappropriation of trade secrets claim *"has been radically modified … which renders [Bot Auto's] summary judgment motion moot"* and that *"CreateAI's amended pleading necessarily moots Bot Auto's summary judgment motion, as there are entirely new trade secrets at issue that are unaddressed by Bot Auto's motion for summary judgment"*).[3]

---

[2] CreateAI filed its Reply Brief in this Court on May 13, 2025.

[3] Bot Auto subsequently filed a new motion for summary judgment directed at CreateAI's new, "twelve species of technology and capability" now at issue below, which Motion is pending with the trial court. *See* Bot Auto's Motions for Summary Judgment on CreateAI's Claims and Bot Auto's Counterclaims – Volumes 1–6 (July 2, 2025; Bot Auto's Supplement to its Motions for Summary Judgment (July 30, 2025); CreateAI's Response to Bot Auto's Motions for Summary Judgment (August 13, 2025); Bot Auto's Reply in Support of its Motions for Summary Judgment on CreateAI's Claims (August 18, 2025); Bot Auto's Reply in Support of its Motions for Summary Judgment on Bot Auto's Counterclaims (August 18, 2025); Bot Auto's Correspondence Concerning Continuation of Summary Judgment Hearing and Bot Auto's Evidentiary Objections (August 24, 2025); Bot Auto's Correspondence Further to September 2, 2025 Hearing and CreateAI's Scheme to Misuse this Court (September 4, 2025); Bot Auto's Correspondence Regarding CreateAI's Third Amended Response to Bot Auto's Interrogatory No. 1 (September 11, 2025); Bot Auto's Motion to Strike, Disregard, Dismiss, and for Sanctions with Objections to

_____

Respectfully submitted,

*/s/ Joseph A Fischer, III*
Joseph A. Fischer, III
State Bar No. 00789292
tfischer@jw.com
Leisa Talbert Peschel
State Bar No. 24060414
lpeschel@jw.com
Victoria C. Emery
State Bar No. 24126228
temery@jw.com
JACKSON WALKER L.L.P.
1401 McKinney, Ste. 1900
Houston, Texas 77010
(713) 752-4530
(713) 308-4130 (fax)

– and –

Allison Allman
State Bar No. 24094023
aallman@jw.com
JACKSON WALKER L.L.P.
777 Main Street, Ste 2100
Fort Worth, TX 76102
(817) 334-7200
(817) 334-7290 (fax)

*Counsel for Appellee Bot Auto TX, Inc.*

_____

CreateAI's Third Amended Responses to First Set of Interrogatories, Interrogatory No. 1 (October 1, 2025).

---

## CERTIFICATE OF SERVICE

I certify that on October 2, 2025, a true and correct copy of the foregoing document was served by electronic service on all counsel of record in accordance with the Texas Rules of Appellate Procedure.

*/s/ Joseph A. Fischer, III*
Joseph A. Fischer, III

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jamie Miller on behalf of Joseph Fischer
Bar No. 789292
jmmiller@jw.com
Envelope ID: 106365608
Filing Code Description: Letter
Filing Description: Correspondence to Fifteenth Court of Appeals
Status as of 10/2/2025 12:01 PM CST

Associated Case Party: Bot Auto TX Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Nicole Burkholder | | nburkholder@jw.com | 10/2/2025 11:39:20 AM | SENT |
| Leisa Peschel | 24060414 | lpeschel@jw.com | 10/2/2025 11:39:20 AM | SENT |
| Leisa Peschel | 24060414 | lpeschel@jw.com | 10/2/2025 11:39:20 AM | SENT |
| Alli Allman | | aallman@jw.com | 10/2/2025 11:39:20 AM | SENT |
| Joseph AFischer, III | | tfischer@jw.com | 10/2/2025 11:39:20 AM | SENT |
| Victoria Emery | 24126228 | temery@jw.com | 10/2/2025 11:39:20 AM | SENT |
| Victoria Emery | 24126228 | temery@jw.com | 10/2/2025 11:39:20 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Joseph Fischer | 789292 | tfischer@jw.com | 10/2/2025 11:39:20 AM | SENT |
| Yvonne Ferrari | | yferrari@jw.com | 10/2/2025 11:39:20 AM | SENT |
| Juana Sauceda | | jsauceda@jw.com | 10/2/2025 11:39:20 AM | SENT |
| Richard Liu | | richard.liu@consultils.com | 10/2/2025 11:39:20 AM | SENT |

Associated Case Party: TuSimple Holdings, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Cliff PRiley | | criley@dykema.com | 10/2/2025 11:39:20 AM | SENT |
| Cliff PRiley | | criley@dykema.com | 10/2/2025 11:39:20 AM | SENT |
| Christopher Kratovil | | ckratovil@dykema.com | 10/2/2025 11:39:20 AM | SENT |
| Christopher Kratovil | | ckratovil@dykema.com | 10/2/2025 11:39:20 AM | SENT |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jamie Miller on behalf of Joseph Fischer
Bar No. 789292
jmmiller@jw.com
Envelope ID: 106365608
Filing Code Description: Letter
Filing Description: Correspondence to Fifteenth Court of Appeals
Status as of 10/2/2025 12:01 PM CST

Associated Case Party: TuSimple Holdings, Inc.

| Christopher Kratovil | | ckratovil@dykema.com | 10/2/2025 11:39:20 AM | SENT |
|---|---|---|---|---|
| Isaac Villarreal | | ivillarreal@dykema.com | 10/2/2025 11:39:20 AM | SENT |
| Kathy Lowery | | klowery@dykema.com | 10/2/2025 11:39:20 AM | SENT |
| Jennifer Schmitt | | jschmitt@dykema.com | 10/2/2025 11:39:20 AM | SENT |
| Lina Null | | lnull@dykema.com | 10/2/2025 11:39:20 AM | SENT |
| Amanda Gordon | | agordon@dykema.com | 10/2/2025 11:39:20 AM | SENT |
| Amanda Gordon | | agordon@dykema.com | 10/2/2025 11:39:20 AM | SENT |
| Salvador Robles | | SRobles@dykema.com | 10/2/2025 11:39:20 AM | SENT |
| Lina Null | | lnull@dykema.com | 10/2/2025 11:39:20 AM | SENT |
| Aaron Kotulek | | akotulek@dykema.com | 10/2/2025 11:39:20 AM | SENT |
| Jennifer Schmitt | | jschmitt@dykema.com | 10/2/2025 11:39:20 AM | SENT |
| Timothy J.McCarthy | | TMcCarthy@dykema.com | 10/2/2025 11:39:20 AM | SENT |
| Kathy Lowery | | klowery@dykema.com | 10/2/2025 11:39:20 AM | SENT |
| Isaac Villarreal | | ivillarreal@dykema.com | 10/2/2025 11:39:20 AM | SENT |